ABRAHAM R. WAGNER
LAW OFFICES OF ABRAHAM WAGNER
1875 CENTURY PARK EAST, SUITE 1000
LOS ANGELES, CA 90067

October 15, 2014

Clerk - Docket Clerk
U.S. District Court, Northern District of Illinois
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

FILED
OCT 20 2014 YM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Re: Case Number: 1:14-cr-00390**

Your assistance in making corrections to the docket entry for my appearance pro hac vice is appreciated.

As discussed, there is one additional correction I wish to make, in that I am entering my appearance on behalf of the United States of America, and not Defendant Johnson. Here we anticipate filing a motion for leave to file, and a brief *amicus curiae* in this matter in support of the Government. The brief will be filed on behalf of Dr. Edythe London and 17 other medical researchers who have been the victims of animal rights terrorists. Please excuse any typographical error I may have made in the on-line filing.

Sincerely yours,

Abraham R. Wagner

ARW:jdr