



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Thomas G. Bruton
CLERK

312-435-5670

July 29, 2016

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re: USA v. Kevin Johnson

U.S.D.C. Docket No.: 14 CR 390-1
U.S.C.A. Docket No.: 16-1459

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| ELECTRONIC VOLUME(S) OF PLEADING(S): | 2 [1 of 1 Flash Drive] |
| ELECTRONIC VOLUME(S) OF TRANSCRIPT(S): | 3 [1 of 1 Flash Drive] |
| VOLUME(S) OF PLEADING(S): | [Number of Vol Pleadings] |
| VOLUME(S) OF TRANSCRIPT(S): | [Number of Vol Transcripts] |
| VOLUME(S) OF DEPOSITION(S): | [Number of Vol Depositions] |
| EXHIBITS: | [Exhibits] |
| VAULT ITEMS: | 1 Flash Drive (Sealed Items) |
| OTHER (SPECIFY): | [Other Items] |
| SPECIAL NOTE: | [Special Note] |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ Sheila Moore, Deputy Clerk